## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:   Bk. No. 21–10653–BAH
Chapter 7

NI Holdings, Inc.
    Debtor

---

### ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 7 case of the above−named debtor is closed.

    ENTERED at Concord, New Hampshire.

Date: November 18, 2022   /s/ Bruce A. Harwood
Bruce A. Harwood
Chief Bankruptcy Judge

Form GTotocloscstmp−136